**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, F/K/A JPMORGAN CHASE BANK, AS TRUSTEE FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-A2 | CASE NUMBER:1:12-cv-7426 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| MARGOT CASEY, HSBC BANK NEVADA, N.A., VILLAGE OF TINLEY PARK, A MUNICIPAL CORPORATION, WORLDWIDE ASSET PURCHASING, LLC SUCCESSOR-IN-INTEREST TO DIRECT MERCHANT BANK, N.A., | MAGISTRATE JUDGE: Jeffrey T. Gilbert |
| DEFENDANT(S). | |

**MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE**

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

                                    Respectfully submitted,

                                    __/s/ Julia M. Bochnowski_____
                                    One of Plaintiff's Attorneys

Burke Costanza & Carberry LLP
JULIA M. BOCHNOWSKI #6301499
150 N. Michigan Ave, Suite 800
Chicago, IL 60601
(219) 769-1313